UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY LYNN COUCH, SR.,

                    Plaintiff,

    v.

AMANDA, *et al.*,

                    Defendants.

Case No. C24-6034-JCC-SKV

ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESS FOR SERVICE

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. On October 15, 2025, this Court issued an order directing service of Plaintiff's second amended complaint on three named Defendants. Dkt. 24. All service materials were sent to the address provided for Defendants in Plaintiff's pleading, which is the address for the Grays Harbor County Sheriff's Office and Jail. *See* Dkt. 21 at 3. Two of the Defendants, Paul Logan and Travis Davis, returned their service waivers on October 31, 2025. *See* Dkt. 26. On November 6, 2025, the service papers mailed to the remaining Defendant, "Amanda," whom Plaintiff identifies as a cook at the Grays Harbor County Jail, were returned as undeliverable, apparently because Amanda is no longer employed at that facility. *See* Dkt. 27 at 1. If Plaintiff wishes to proceed with this action

ORDER DIRECTING PLAINTIFF TO
PROVIDE ADDRESS FOR SERVICE - 1

against Defendant Amanda, he will have to provide the Court with an address at which she may be served.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff shall provide the Court with an address for Defendant Amanda within ***thirty (30) days*** of the date of this Order.  Plaintiff's failure to provide this information in a timely fashion may result in dismissal of Defendant Amanda from the action.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to all counsel of record, and to the Honorable John C. Coughenour.

DATED this 26th day of November, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
PROVIDE ADDRESS FOR SERVICE - 2