UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY LYNN COUCH, SR.,

                        Plaintiff,

        v.

AMANDA ORTEGA, *et al*.,

                        Defendants.

Case No. C24-6034-JCC-SKV

ORDER GRANTING PLAINTIFF'S
MOTION TO CONTINUE PRETRIAL
DEADLINES

This is a *pro se* civil rights action proceeding under 42 U.S.C. § 1983.  Currently pending before the Court is Plaintiff's motion to continue the pretrial deadlines previously established by the Court.  Dkt. 41.  Plaintiff asks that the deadlines be extended to account for the fact that Defendant Ortega was not served in this action until several months after the other Defendants.  *Id.*  Plaintiff also recently filed with the Court a response to Defendant Ortega's answer to his second amended complaint (Dkt. 45), and a number of discovery requests (Dkts. 48, 49, 52).  Defendants have not opposed Plaintiff's request for a continuance, nor have they responded in any fashion to Plaintiff's other submissions.  The Court, having reviewed Plaintiff's submissions, and the balance of the record, hereby ORDERS as follows:

ORDER GRANTING PLAINTIFF'S MOTION
TO CONTINUE PRETRIAL DEADLINES - 1

(1) Plaintiff's unopposed motion to continue pretrial deadlines (Dkt. 41) is GRANTED.  The discovery deadline in this matter is extended to ***July 20, 2026***, and the dispositive motion filing deadline is extended to ***August 19, 2026***.

(2) Plaintiff's response to Defendant Ortega's answer (Dkt. 45) is STRICKEN.  A response to an answer to a civil complaint is not a proper pleading and is only permitted when specifically ordered by the Court.  *See* Fed. R. Civ. P. 7(a).  The Court sees no need for such a pleading in this action.

(3) Plaintiff's discovery requests (Dkts. 48, 49, 52) are STRICKEN.  Pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure, discovery requests must not be filed with the Court until they are to be used in the proceeding or until the Court orders that they be filed.  It appears here that Plaintiff has merely misdirected his discovery requests to the Court instead of serving them directly on Defendants.  If Plaintiff wishes to obtain responses to his discovery requests, he must serve them on Defendants in accordance with the applicable discovery rules.

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

DATED this 26th day of May, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO CONTINUE PRETRIAL DEADLINES - 2