UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY LYNN COUCH, SR.,<br>Plaintiff,<br>v.<br>TRAVIS DAVIS, *et al.*,<br>Defendants. | CASE NO. C24-6034-JCC-SKV<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation (Dkt. No. 68) of the Honorable S. Kate Vaughan, United States Magistrate Judge, for which no timely objections were lodged, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 68).
2. Defendants' motion for a judgment on the pleadings (Dkt. 46) is GRANTED. This action is dismissed without prejudice as to Defendants Travis Davis and Paul Logan.
3. The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

So ORDERED this 15th day of September 2026.



JOHN C. COUGHENOUR
United States District Judge